UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: MIGUEL TOREZ | CASE NO: 6:18-bk-02528-CCJ<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13<br>ECF Docket Reference No. 36 |

On 11/26/2018, a copy of the following documents, described below,

ECF Docket Reference No. 36

ORDER DISMISSING CHAPTER 13 CASE

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/26/2018

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Laurie K. Weatherford
Chapter 13 Trustee
PO Box 3450
Winter Park, FL  32790

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| CASE INFO<br><br>    LABEL MATRIX FOR LOCAL NOTICING<br>113A6<br>CASE 6-18-BK-02528-CCJ<br>MIDDLE DISTRICT OF FLORIDA<br>ORLANDO<br>MON NOV 26 11-53-29 EST 2018 | AMEX<br>CORRESPONDENCE<br>PO BOX 981540<br>EL PASO TX 79998-1540 | AZOIC ASSOCIATES LLC<br>CO LEMLE WOLFF INC<br>5925 BROADWAY<br>BRONX NY 10463-2410 |
| AZOICHOLDINGS LLC<br>CO LEMLE WOLFF INC<br>5925 BROADWAY<br>BRONX NY 10463-2410 | BARCLAYS BANK DELAWARE<br>ATTN CORRESPONDENCE<br>PO BOX 8801<br>WILMINGTON DE 19899-8801 | BARNES WALTER RIII<br>12914 BEAUTY BERRY CIR S<br>JACKSONVILLE FL 32246-1352 |
| CCICONTRACT CALLERS INC<br>ATTN BANKRUPTCY DEPT<br>501 GREENE ST STE 302<br>AUGUSTA GA 30901-4415 | CITIBANKBEST BUY<br>CENTRALIZED BANKRUPTCY<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | COKER SCHICKEL SORENSON<br>ET AL PA<br>136 EAST BAY ST<br>JACKSONVILLE FL 32202-5406 |
| COMENITYCAPITALGMSTOP<br>ATTN BANKRUPTCY DEPT<br>PO BOX 183003<br>COLUMBUS OH 43218-3003 | CM/ECF E-SERVICE<br><br>DAVID D ROTTMANN +<br>COKER LAW<br>136 EAST BAY STREET<br>JACKSONVILLE FL 32202-5438 | CM/ECF E-SERVICE<br><br>DEAN A REED +<br>LAW OFFICE OF DEAN A REED PA<br>POST OFFICE BOX 520605<br>LONGWOOD FL 32752-0605 |
| FEDLOAN SERVICING<br>ATTENTION BANKRUPTCY<br>PO BOX 69184<br>HARRISBURG PA 17106-9184 | FEDLOAN SERVICING<br>POB 60610<br>HARRISBURG PA 17106-0610 | FLORIDA DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>POST OFFICE BOX 6668<br>TALLAHASSEE FL 32314-6668 |
| FLORIDA DEPT OF REVENUE<br>JACKSONVILLE SVC CTR<br>921 N DAVIS ST<br>STE 250 A<br>JACKSONVILLE FL 32209-6825 | INTERNAL REVENUE SERVICE<br>POST OFFICE BOX 7346<br>PHILADELPHIA PA 19101-7346 | LAKEVILLE OAKS HOMEOWNERS ASSOCIATION<br>COKER LAW<br>DAVID D ROTTMANN ESQ<br>136 EAST BAY STREET<br>JACKSONVILLE FL 32202-5438 |
| LAKEVILLE OAKS HOMEOWNERS ASSOCIATION<br>CO DAVID ROTTMANN ESQ<br>136 EAST BAY STREET<br>JACKSONVILLE FL 32202-5406 | LAKEVILLLE OAKS HOA<br>CO AEGIS COMMUNITY MGMT<br>SOLUTIONS INC<br>8390 CHAMPIONSGATE BLVD 304<br>CHAMPIONSGATE FL 33896-8313 | ~~EXCLUDE~~<br><br>~~LAURIE K WEATHERFORD +~~<br>~~POST OFFICE BOX 3450~~<br>~~WINTER PARK FL 32790-3450~~ |
| CM/ECF E-SERVICE<br><br>MICHELLE L GLASS +<br>LAW OFFICE OF MICHELLE L GLASS PA<br>12620 BEACH BLVD<br>STE -331<br>JACKSONVILLE FL 32246-7131 | DEBTOR<br><br>MIGUEL TOREZ<br>6326 ABBEYDALE CT<br>ORLANDO FL 32818-8811 | NATIONAL CITY MORTGAGE CO<br>PO BOX 1820<br>DAYTON OH 45401-1820 |
| NELNET LOANS<br>ATTN CLAIMS<br>PO BOX 82505<br>LINCOLN NE 68501-2505 | NELNET ON BEHALF OF OSFA<br>PO BOX 7019<br>TALLAHASSEE FL 32314-7019 | OAKLAND VILLAGE HOA<br>CO SENTRY MANAGEMENT INC<br>2180 WEST SR 434<br>SUITE 5000<br>LONGWOOD FL 32779-5042 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| OAKLEIGH POINTE HOA<br>PO BOX 17011<br>JACKSONVILLE FL 32245-7011 | ORANGE COUNTY TAX COLLECTOR<br>PO BOX 545100<br>ORLANDO FL 32854-5100 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY CAPITAL BANK<br>PO BOX 788<br>KIRKLAND WA 98083-0788 | SYNCHRONY BANKCHEVRON<br>ATTN BANKRUPTCY DEPT<br>PO BOX 965060<br>ORLANDO FL 32896-5060 | TARGET<br>ATTN BANKRUPTCY DEPT TARGET CARD SERVIC<br>PO BOX 9475<br>MINNEAPOLIS MN 55440-9475 |
| TARGET<br>PO BOX 673<br>MINNEAPOLIS MN 55440-0673 | TD BANK USA NA<br>C O WEINSTEIN  RILEY PS<br>2001 WESTERN AVENUE STE 400<br>SEATTLE WA 98121-3132 | CM/ECF E-SERVICE<br>UNITED STATES TRUSTEE   ORL713 7 +<br>OFFICE OF THE UNITED STATES TRUSTEE<br>GEORGE C YOUNG FEDERAL BUILDING<br>400 WEST WASHINGTON STREET SUITE 1100<br>ORLANDO FL 32801-2210 |
| US DEPARTMENT OF EDUCATION<br>CO FEDLOAN SERVICING<br>PO BOX 69184<br>HARRISBURG PA 17106-9184 | VYSTAR CREDIT UNION<br>CO LAW OFFICE OF MICHELLE L GLASS PA<br>12620 BEACH BLVD<br>STE 3-331<br>JACKSONVILLE FL 32246-7131 | VYSTAR CREDIT UNION<br>PO BOX 45085<br>JACKSONVILLE FL 32232-5085 |